**United States District Court**
**Central District of California**

JS-6


FILED
CLERK, U.S. DISTRICT COURT
JUL 6, 2018
CENTRAL DISTRICT OF CALIFORNIA
BY: BH DEPUTY

Susan E. Hammatt, individually; Susan E. Hammatt, as Conservator of Christopher S. Hammatt; Christopher S. Hammatt, Conservatee; and Christopher S. Hammatt, individually,
           Plaintiffs,
v.
Standard Insurance Co.; James Miles Gottfurcht, and Does 1 through 50, inclusive,
           Defendants.

ED 16-cv-01285 VAP (SPx)

**Judgment in Favor of Defendants Standard Insurance Co. and James Miles Gottfurcht**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Pursuant to the Court's June 11, 2018 Order Granting Defendants Standard Insurance, Co. and James Miles Gottfurcht's Motions for Summary Judgment (Doc. No. 93), IT IS ORDERED AND ADJUDGED that Plaintiff's complaint is DISMISSED WITH PREJUDICE as to Defendants Standard Insurance, Co. and James Miles Gottfurcht. The Court orders that such judgment be entered.

**IT IS SO ORDERED.**

Dated: 7/6/18

_____
Virginia A. Phillips
Chief United States District Judge

1